■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN HESTER, Appellant. [704 NYS2d 455] —Judgment, Supreme Court, New York County (Colleen McMahon, J.), rendered July 10, 1998, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 6 years to life, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record (*see*, *People v Prochilo*, 41 NY2d 759, 761). Concur—Williams, J. P., Tom, Saxe, Buckley and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL TORRES, Appellant. [704 NYS2d 458] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered January 31, 1997, convicting defendant, after a jury trial, of robbery in the first degree (three counts), sodomy in the first degree (two counts) and attempted sodomy in the first degree, and sentencing him, as a persistent violent felony offender, to an aggregate term of 50 years to life, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility and identification. Concur—Williams, J. P., Tom, Saxe, Buckley and Friedman, JJ.